UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND,
                       Petitioner(s),

         -against-

VISCAL CONTRACTING SERVICES CORP,
                       Respondent(s),
-------------------------------------------------------------X

22 civ 4935 (JGK)

**ARBITRATION AWARD SCHEDULING ORDER**

A petition to confirm an arbitration award has been filed with this Court.

The respondent shall serve and file papers in response to the petition by **July 12, 2022.**

The petitioner shall serve and file any reply papers by **July 26, 2022.**

The Court will contact the parties in the action shortly thereafter for oral argument.

The petitioner is directed to serve a copy of this order, along with the petition, on the respondent, as soon as possible, upon receipt.

SO ORDERED.

                                                       JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           June 14, 2022